UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TERI BONCZ, | ) |
| | ) No. CV-11-00098-CI |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER GRANTING STIPULATED |
| | ) MOTION TO REMAND PURSUANT TO |
| MICHAEL J. ASTRUE, | ) SENTENCE FOUR OF 42 U.S.C. |
| Commissioner of Social | ) § 405(g) |
| Security, | ) |
| | ) |
| Defendant. | ) |

BEFORE THE COURT is the parties' stipulated Motion to Remand of the above-captioned matter to the Commissioner for additional administrative proceedings. (ECF No. 15.) Attorney Gary R. Penar represents Plaintiff Teri S. Boncz; Special Assistant United States Attorney Debra J. Meachum represents Defendant. The parties have consented to proceed before a magistrate judge. (ECF No. 3.) After considering the stipulation of the parties,

**IT IS ORDERED:**

1. The parties' stipulated Motion to Remand **(ECF No. 15)** is **GRANTED**. The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings, including a supplemental hearing if necessary, pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the administrative law judge (ALJ) shall further evaluate and specify the weight given to all opinion evidence, including the State agency opinion in Exhibit 9F (Tr. 464-67); re-contact treating medical

ORDER GRANTING STIPULATED MOTION TO REMAND - 1

1 sources, as necessary, and further address treating sources' reasons
2 for treatment provided (oxygen supplementation and pain medication)
3 (Tr. 29-30, 694); reassess Plaintiff's residual functional capacity
4 in light of the entire record (including any additional evidence
5 received) to reflect Plaintiff's mental limitations; further develop
6 the record and include all evidence relied upon, including medical
7 expert testimony received from David Rullman, M.D., at the hearing
8 held in October 2008 (Tr. 18, 23-24, 28-29, 37); and, if necessary,
9 obtain supplemental vocational expert testimony.

10   2.   Judgment shall be entered for the **PLAINTIFF**.

11   3.   Plaintiff's Motion for Summary Judgment (**ECF No. 10**) is
12 stricken as moot.

13   4.   An application for attorney fees may be filed by separate
14 motion.

15   The District Court Executive is directed to enter this Order,
16 forward copies to counsel, and thereafter shall close this file.

17   DATED December 20, 2011.

19                S/ CYNTHIA IMBROGNO
                UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION TO REMAND - 2